Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 05-6095 AHM (CTx)                                       Date   August 30, 2005

Title      FIREMAN'S FUND INSURANCE CO. v. FAIR, ISAAC & CO., INC

Present: The Honorable   A. Howard Matz

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

No Appearance                                        No Appearance

**Proceedings:**        In Chambers


        For good cause shown, the Court hereby DISCHARGES its August 25, 2005
Order to Show Cause.


_____ : _____

Initials of Preparer        


DOCKETED ON CM

AUG 3 0 2005

BY _____ 077

