Priority Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV05-6095-AHM (CTx) | Date | July 9, 2007 |
|---|---|---|---|

| Title | FIREMANS FUND INSURANCE COMPANY v. FAIR ISAAC AND COMPANY, INC., et al. |
|---|---|

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Leslie A. King | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | Sarah Crutcher |

**Proceedings:**   Final Pretrial Conference

Cause called; appearances made.

Court is advised that the case has settled and signs the proposed order dismissing the action.



Initials of Preparer    SMO

01